# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Cambria County Transit Authority,    :
         Appellant  :
             :
    v.        : No. 957 C.D. 2019
             :
Amalgamated Transit Union, Local 1279 :
             :

**PER CURIAM**       **O R D E R**

  **NOW**, April 7, 2021, having considered Appellant Cambria County Transit Authority's (CamTran) "Petition for Reargument" and Amalgamated Transit Union, Local 1279's (Union) response thereto, the Petition for Reargument is **DENIED.** Accordingly, CamTran's "Petition for Stay of Proceedings and Supersedeas" pending disposition of the Petition for Reargument is **DISMISSED AS MOOT.**